

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00321-CV

ROBERT H. FELLOWS AND JENNY
J. FELLOWS

APPELLANTS

V.

AMERICAN HOME MORTGAGE
SERVICING, INC. AS ATTORNEY
IN FACT FOR LASALLE BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR SECURITIZED
ASSET INVESTMENT LOAN
TRUST MORTGAGE PASS-
THROUGH CERTIFICATES
SERIES 2004-7

APPELLEE

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

On October 19, 2010, we notified appellants that the trial court clerk responsible for preparing the record in this appeal had informed this court that arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2).  *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellants, within fifteen days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution.   Accordingly, we dismiss the appeal.   *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.


PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  November 10, 2010